**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 14-02048-VAP (DTBx)                    Date:  February 25, 2015

Title:   JOHNNY HALL -v- MASTEC NORTH AMERICA, INC.
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                    None Present
    Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR                ATTORNEYS PRESENT FOR
PLAINTIFFS:                                        DEFENDANTS:

  None                                                       None

PROCEEDINGS:        ORDER TO SHOW CAUSE WHY THE COURT SHOULD RULE ON A MOTION TO DISMISS WHEN THE AMENDED PLEADING HAS NOT BEEN FILED ON THE DOCKET (IN CHAMBERS)

    The Court granted Plaintiff Johnny Hall's motion for leave to amend his complaint on January 23, 2015.  (Doc. No. 29.)  Hall attached a proposed amended complaint to his motion for leave to amend, but has not filed the amended pleading on the docket since receiving permission to do so.

    Defendant Mastec North America, Inc. filed a motion to dismiss portions of the proposed amended pleading on February 6, 2015.  (Doc. No. 30.)  Of course, Hall cannot pursue any of the claims he proposed to add, and Mastec cannot move for their dismissal, until the amended pleading has been filed on the case's docket.

    The Court orders Hall to file his amended complaint if he wishes to pursue the

EDCV 14-02048-VAP (DTBx)
JOHNNY HALL v. MASTEC NORTH AMERICA, INC.
MINUTE ORDER of February 25, 2015

legal theories it asserts. Upon the filing of the amended complaint, the Court shall address the arguments raised by Mastec in its motion to dismiss; no further briefing is required by either party.

**IT IS SO ORDERED.**